Matthew D. Francis
Nevada Bar No.: 6978
Arthur A. Zorio
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com
       azorio@bhfs.com

*Attorneys for Plaintiff HMNVCO, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HMNVCO LLC, a Nevada limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>BATTLEBORN FUTBOL CLUB LLC, a Nevada limited liability company,<br><br>     Defendant. | Case No.:<br><br>**COMPLAINT**<br><br>(1) Trademark Infringement under 15 U.S.C. § 1114<br>(2) Unfair Competition under 15 U.S.C. § 1125(a)<br>(3) State Trademark Infringement under NRS 600.420<br><br>**JURY DEMAND** |

HMNVCO LLC ("HMNV" or "Plaintiff"), for its Complaint against Battleborn Futbol Club LLC ("BBFC" or "Defendant"), alleges the following:

**JURISDICTION AND VENUE**

1. This is an action for trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). Additionally, this is an action for Nevada state trademark infringement under NRS 600.420 *et seq.*

2. This Court has subject matter jurisdiction under the provisions of Title 28 U.S.C. §§ 1331 and 1338 because this action involves questions of federal law. This Court has original jurisdiction over the claims brought under federal law pursuant to 28 U.S.C. §§ 1331 and 1338(b),

and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over the claims brought under Nevada state law pursuant to 28 U.S.C. § 1338(b) and § 1367(a).

3. BBFC is subject to personal jurisdiction in Nevada because Nevada is BBFC's state of incorporation and, upon information and belief, is the location where BBFC maintains its principal place of business.

4. Venue is proper in the unofficial Reno Division of the United States District Court for the District of Nevada under 28 U.S.C. § 1391(b) and (c) because BBFC resides in this judicial district and is subject to this Court's personal jurisdiction. BBFC also engaged in trademark infringement and other Lanham Act and state trademark violations in this venue.

**PARTIES**

5. Plaintiff HMNV is a Nevada limited liability company with its principal place of business located in Reno, Nevada.

6. HMNV is informed and believes and thereon alleges that BBFC is a Nevada limited liability company that has its principal place of business located at 18124 Wedge Parkway, #21, Reno, NV, 89511.

**FACTS**

7. HMNV is a Nevada-based lifestyle and apparel company well known for its Nevada-themed brands, including Reno Envy®, Silver State®, Home Means Nevada® and Battle Born® (*see* https://homemeansnevada.com/). HMNV owns exclusive nationwide rights in the trademark Battle Born® ("Battle Born Mark") in connection with various goods, including apparel and other consumer goods, which it (and/or its predecessors) has used continuously in commerce since at least May of 2008. HMNV's rights in the Battle Born Mark are protected by federal and state trademark registrations including U.S. Trademark Registration Nos. 4674065, 6167696, 5429119, and 5754481, as well as Nevada Trademark Registration No. E0512032014-2. Copies of these registrations are attached respectfully hereto as Exhibits A-E.

8. U.S. Trademark Registration No. 4674065 ("'065 Reg.") protects the Battle Born Mark in International Class 25 for the following goods: Articles of clothing, namely, hooded sweatshirts, long-sleeved shirts, short sleeved shirts, short-sleeved T-shirts, long-sleeved T-shirts;

1  sweat pullovers.  *See* Exhibit A.

2          9.      U.S. Trademark Registration No. 6167696 ("'696 Reg.") protects the Battle Born Mark in International Class 25 for the following goods: Clothing, namely, men's shirts, women's shirts, children's shirts, hats for adults and children, hoodies, and baby bodysuits.  *See* Exhibit B.

        10.     U.S. Trademark Registration No. 5429119 ("'119 Reg.") protects the Battle Born Mark in International Class 21 for the following goods: Beverage glassware; Cups; Cups and mugs; Sports bottles sold empty; Water bottles sold empty; Shot glasses.  *See* Exhibit C.

        11.     U.S. Trademark Registration No. 5754481 ("'481 Reg.") protects the Battle Born Mark in International Class 16 for the following goods: Stickers.  *See* Exhibit D.

        12.     Nevada Trademark Registration No. E0512032014-2 ("'14-2 Reg.") protects the Battle Born Mark in International Class 16 for the following goods: Clothing.  *See* Exhibit E.

        13.     The Battle Born Mark is extensively advertised and promoted on the Internet, social media, and otherwise, and has received substantial third-party recognition.  In addition to the Battle Born Mark's recognition in commerce as stated above, the Mark has acquired distinctiveness by HMNV's exclusive and continuous use of the Mark in commerce for over fifteen (15) years.

        14.     Prior to BBFC's use of "Battle Born" for similar consumer goods, the Battle Born Mark had become recognized and relied upon by consumers as identifying the quality goods and services of HMNV and distinguishing those goods and services from the goods and services of others.  The Battle Born Mark therefore represents the goodwill belonging exclusively to HMNV.

        15.     After HMNV's adoption and use of its Battle Born Mark, BBFC commenced selling goods, or offering to sell goods, bearing the Battle Born Mark in this District under the names "BattleBornFC" and "BattleBorn Futbol Club" (the "Infringing Marks").  *See* https://battlebornfc.com/.  Upon information and belief, these goods include stickers in International Class 16, cups and mugs in International Class 21, and the following goods in International Class 25: scarves; clothing, namely, tops, jerseys, sweatshirts, hooded sweatshirts, t-shirts, long-sleeved t-shirts, short-sleeved t-shirts, polo shirts, moisture-wicking shirts, bottoms, pants, sweatpants, shorts; headwear, namely, hats; outerwear, namely, jackets, warm-up jackets,

zip-ups, pullovers.

16. On December 29, 2022, after HMNV objected to BBFC's use of the Battle Born Mark, BBFC filed U.S. Trademark App. Serial No. 97736148 ("'148 App.") for the standard character trademark "BATTLEBORNFC" in International Classes 16, 21, and 25. Also on December 29, 2022, BBFC filed U.S. Trademark App. Serial No. 97736156 ("'156 App.") for the "BATTLE BORN FUTBOL CLUB" (with design), in International Classes 16, 21, and 25, among other Classes. Both the '148 App. and the '156 App. have been rejected by the USPTO on the basis (among other things) that BBFC's applied-for goods in International Classes 16, 21, and 25 are likely to cause confusion based on HMNV's '065 Reg., '119 Reg., '481 Reg., and '696 Reg.

17. BBFC's unauthorized use of Battle Born in its Infringing Marks creates a likelihood of confusion, mistake, and deception as to the affiliation, connection, association, origin, sponsorship or approval of its goods, all to HMNV's irreparable loss and damage.

18. HMNV has been damaged by BBFC's willful misconduct in an amount according to proof.

## FIRST CLAIM FOR RELIEF

**(Federal Trademark Infringement – 15 U.S.C. § 1114)**

19. HMNV incorporates the allegations in the preceding paragraphs as if fully set forth herein.

20. HMNV is the owner of the '065 Reg. which protects the Battle Born Mark in International Class 25 for the following goods: Articles of clothing, namely, hooded sweatshirts, long-sleeved shirts, short sleeved shirts, short-sleeved T-shirts, long-sleeved T-shirts; sweat pullovers. *See* Exhibit A. HMNV is the owner of the '696 Reg. protects the Battle Born Mark in International Class 25 for the following goods: Clothing, namely, men's shirts, women's shirts, children's shirts, hats for adults and children, hoodies, and baby bodysuits. *See* Exhibit B. HMNV is the owner of the '119 Reg. protects the Battle Born Mark in International Class 21 for the following goods: Beverage glassware; Cups; Cups and mugs; Sports bottles sold empty; Water bottles sold empty; Shot glasses. *See* Exhibit C. HMNV is the owner of the '481 Reg.

protects the Battle Born Mark in International Class 16 for the following goods: Stickers.  *See* Exhibit D.

21.     By the acts complained of herein, and upon information and belief, BBFC has sold goods bearing the Battle Born Mark in International Classes 16, 21, and 25 which is likely to cause confusion, mistake and deception amongst the consuming public in violation of 15 U.S.C. § 1114(a).

22.     BBFC's aforesaid acts have caused and will continue to cause great and irreparable injury to HMNV and, unless such acts are restrained by this Court, such acts will continue and HMNV will therefore continue to suffer great and irreparable injury.

23.     HMNV has been damaged by BBFC's infringement in an amount according to proof.

24.     As a direct and proximate result of BBFC's infringement of HMNV's '065, '696, '119, and '481 Registrations, HMNV has suffered, and will continue to suffer, monetary injury and irreparable injury to its business, reputation, and goodwill, for which there is no adequate remedy at law.  As a result, in addition to monetary damages, HMNV is entitled to injunctive relief preventing BBFC's continued infringement of HMNV's rights in its Battle Born Mark.

## SECOND CLAIM FOR RELIEF

**(Unfair Competition and False Designation of Origin – 15 U.S.C. § 1125(a)**

25.     HMNV incorporates the allegations in the preceding paragraphs as if fully set forth herein.

26.     HMNV is the owner of common law rights in the Battle Born Mark for clothing, including hooded sweatshirts, long-sleeved shirts, short sleeved shirts, short-sleeved T-shirts, long-sleeved T-shirts; sweat pullovers, men's shirts, women's shirts, children's shirts, hats for adults and children, hoodies, baby bodysuits, and apparel; Beverage glassware; cups; cups and mugs; sports bottles sold empty; water bottles sold empty; shot glasses; and stickers.

27.     By the acts complained of herein, BBFC has used in connection with their goods a false designation of origin, description or representation, including use of  "Battle Born" which is likely to cause confusion, mistake or to deceive as to origin, affiliation, connection, sponsorship

- 5 -

or association of BBFC with HMNV, or as to the origin, sponsorship or approval of BBFC's goods by HMNV, in violation of 15 U.S.C. § 1125(a).

28. BBFC's aforesaid acts have caused and will continue to cause great and irreparable injury to HMNV and, unless such acts are restrained by this Court, such acts will continue and HMNV will therefore continue to suffer great and irreparable injury.

29. As a direct and proximate result of BBFC's unfair competition, HMNV has suffered, and will continue to suffer, monetary injury and irreparable injury to its business, reputation, and goodwill, for which there is no adequate remedy at law. As a result, in addition to monetary damages, HMNV is entitled to injunctive relief preventing BBFC's continued infringement of HMNV's rights in its Battle Born Mark.

## THIRD CLAIM FOR RELIEF

### (State Trademark Infringement —NRS 600.420)

30. HMNV incorporates the allegations in the preceding paragraphs as if fully set forth herein.

31. HMNV is the owner of the Nevada Trademark Registration No. E0512032014-2 for the following goods: Clothing. *See* Exhibit E.

32. By the acts complained of herein, and upon information and belief, BBFC has sold goods in the state of Nevada under the Battle Born Mark that are protected by the '14-2 Reg. Such use is likely to cause confusion, mistake and deception amongst the consuming public in violation of NRS 600.420, *et seq*.

33. BBFC's aforesaid acts have caused and will continue to cause great and irreparable injury to HMNV and, unless such acts are restrained by this Court, such acts will continue and HMNV will therefore continue to suffer great and irreparable injury.

34. As a direct and proximate result of BBFC's infringement of HMNV's '14-2 Reg., HMNV has suffered, and will continue to suffer, monetary injury and irreparable injury to its business, reputation, and goodwill, for which there is no adequate remedy at law. As a result, in addition to monetary damages, HMNV is entitled to injunctive relief preventing BBFC's continued infringement of HMNV's rights in its Battle Born Mark.

**PRAYER FOR RELIEF**

WHEREFORE, HMNV respectfully prays that the Court grant the following relief:

A. That the Court enter judgment against BBFC, finding that:

    1. BBFC has infringed HMNV's rights in its U.S. Trademark Registration Nos. 4674065, 6167696, 5429119, and 5754481 in violation of 15 U.S.C. § 1114;

    2. BBFC has unfairly competed with HMNV's rights in its Battle Born Mark in violation of 15 U.S.C. § 1125(a); and

    3. BBFC has infringed HMNV's rights in Nevada Trademark Registration No. E0512032014-2 in violation of NRS 600.420.

B. That the Court enter judgment against BBFC that the above acts, A(1)-(3), were willful and intentional making this an exceptional case;

C. That the Court issue a permanent injunction prohibiting BBFC, BBFC's respective officers, agents, servants, employees and/or all persons acting in concert or participation with BBFC, from using or contributing or causing the use of Plaintiff's Battle Born Mark or any trademark confusingly similar thereto (including the Infringing Marks) for the goods (or similar goods) protected by U.S. Trademark Reg. Nos. 4674065, 6167696, 5429119, and 5754481, Nevada Trademark Registration No. E0512032014-2, and the common law;

D. That the Court enter an order requiring BBFC to deliver to HMNV for destruction any and all goods and advertising and promotional materials in BBFC's possession, custody or control, which contain the Battle Born Mark;

E. That HMNV be awarded damages for BBFC's trademark infringement and unfair competition;

F. That HMNV be awarded all profits resulting from BBFC's trademark infringement and unfair competition;

G. That BBFC be ordered to account for and disgorge to HMNV all amounts by which the BBFC has been unjustly enriched by reason of the unlawful acts complained of;

H. That HMNV be awarded damages resulting from BBFC's infringement and unfair competition in accordance with the provisions of 15 U.S.C. § 1117 and NRS 600.430;

I. That damages resulting from BBFC's infringement and unfair competition under the Lanham Act and the Nevada Revised Statutes be trebled due to BBFC's willfulness, in accordance with the provisions of 15 U.S.C. § 1117 and NRS 600.430;

J. That HMNV be awarded an amount sufficient to reimburse HMNV for costs of corrective advertising;

K. An award of full costs and reasonable attorneys' fees against BBFC pursuant to 15 U.S.C. § 1117 and NRS 600.430;

L. For pre-judgment interest on all infringement and any other appropriate damages; and

M. For such other or further relief as the Court may deem just and proper.

DATED this 8th day of March, 2024.

>BROWNSTEIN HYATT FARBER SCHRECK, LLP
>
> By: /s/ *Matthew D. Francis*
> Matthew D. Francis
> Arthur A. Zorio
> 5520 Kietzke Lane, Suite 110
> Reno, NV 89511
> Telephone: 775.324.4100
> Facsimile: 775.333.8171
>
> *Attorneys for Plaintiff HMNVCO, LLC*

**DEMAND FOR TRIAL BY JURY**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff HMNVCO, LLC hereby demands a jury trial on all issues triable by jury.

DATED this 8th day of March, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ *Matthew D. Francis*
Matthew D. Francis
Arthur A. Zorio
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Plaintiff HMNVCO, LLC*

## INDEX OF EXHIBITS

| | | |
|---|---|---:|
| A. | U.S. Trademark Registration No. 4,674,065 | 2 Pages |
| B. | U.S. Trademark Registration No. 6,167,696 | 2 Pages |
| C. | U.S. Trademark Registration No. 5,429,119 | 2 Pages |
| D. | U.S. Trademark Registration No. 5,754,481 | 2 Pages |
| E. | Nevada Trademark Registration No. E0512032014-2 | 2 Pages |