Kirstin M. Jahn
Nevada Bar No. 6000
JAHN & ASSOCIATES, LLC
1942 Broadway Suite 314
Boulder, CO 80302
(303) 545-5128
Kirstin@jahnlaw.com

*Attorneys for Defendant*
*Battleborn Futbol Club, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HMNVCO, LLC<br>　　　　Plaintiff,<br><br>vs.<br><br>BATTLEBORN FUTBOL CLUB, LLC,<br>　　　　Defendants. | Case No. 3:24-cv-00115-ART-CSD<br><br>**STIPULATED MOTION FOR FIRST REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT** |

　　　Plaintiff, HMNVCO, LLC and Defendant, Battleborn Futbol Club, LLC (Battleborn) hereby stipulate to allow Defendant a 30 day extension of time to file a response to the Complaint, up through and including July 18, 2024.  This is the first request for extension made by the parties.

Dated:  May 14, 2024

| | |
|---|---|
| **BROWNSTEIN HYATT FABER SHRECK** | **JAHN & ASSOCIATES** |
| s/Matthew Francis | s/Kirstin M. Jahn |
| 5520 Kietzke Lane, Suite 110 | 1942 Broadway Suite 314 |
| Reno, NV 89511 | Boulder, CO 80302 |
| 775-324-4100 | 775-771-3462 |
| mfrancis@bhfs | Kirstin@jahnlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Battleborn Futbol Club, LLC*

Craig H. Macy
325 Liberty Street
Reno, NV 89501
775-251-0300

*Defendant's Designated Nevada Counsel for Service under LR 1A 11-1(b)(2)*

*IT IS SO ORDERED*

_____
*United States Magistrate Judge*

*Dated:* June 17, 2024