1
2

Kirstin M. Jahn
Nevada Bar No. 6000
JAHN & ASSOCIATES, LLC
1942 Broadway Suite 314

3

Boulder, CO 80302

4

(303) 545-5128
Kirstin@jahnlaw.com

5
6

*Attorneys for Defendant*
*Battleborn Futbol Club, LLC*

7
8

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

9
10
11

HMNVCO, LLC

   Plaintiff,

Case No. 3:24-cv-00115-ART-CSD

12

vs.

13
14

BATTLEBORN FUTBOL CLUB, LLC,

   Defendant.

**STIPULATED MOTION FOR SECOND
REQUEST FOR EXTENSION OF TIME
FOR DEFENDANT TO FILE
RESPONSE TO COMPLAINT**

15
16
17
18

   Plaintiff, HMNVCO, LLC and Defendant, Battleborn Futbol Club, LLC

19

(Battleborn) hereby stipulate to allow Defendant a 21-day extension of time to file a

20

response to the Complaint, which is due July 18, 2024.  This extends Defendant's

21

time to respond, up through and including August 8, 2024.  This is the second

22

request for extension made by the parties.

23
24

Dated:  July 17, 2024

25

**BROWNSTEIN HYATT FABER SHRECK**     **JAHN & ASSOCIATES**

26
27

s/Matthew Francis
5520 Kietzke Lane, Suite 110
Reno, NV 89511

s/Kirstin M. Jahn
1942 Broadway Suite 314
Boulder, CO 80302

28

775-324-4100
mfrancis@bhfs

775-771-3462
Kirstin@jahnlaw.com

1   *Attorneys for Plaintiff*                    *Attorneys for Defendant*
2                                                *Battleborn Futbol Club, LLC*

3                                                Craig H. Macy
                                                 325 Liberty Street
4                                                Reno, NV 89501
5                                                775-251-0300

6                                                *Defendant's Designated Nevada*
7                                                *Counsel for Service under LR 1A 11-*
                                                 *1(b)(2)*
8
                                                 *IT IS SO ORDERED*
9

10

11   _____
                                                 *United States Magistrate Judge*
12

13
                                                 *Dated: July 18, 2024*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28