UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HMNVCO, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BATTLEBORN FUTBOL CLUB, LLC,<br><br>　　　　　　　　　　　　Defendant. | 3:24-cv-00115-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 29 |

Before the court is Defendant's Motion for Fifth Request for Extension of Time for Defendant to File Response to Complaint. (ECF No. 29.) Plaintiff has filed an opposition to Defendant's Motion. (ECF No. 30.)

Defendant's Motion for Fifth Request for Extension of Time for Defendant to File Response to Complaint (ECF No. 29) is **GRANTED** to the extent that Defendant shall have to and including **Friday, November 8, 2024**, to file a file a responsive pleading to Plaintiff's Complaint.  **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS SO ORDERED.**

DATED:  October 10, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1